| Appellate Docket Number: | |
|---|---|
| Appellate Case Style: Style: | Devin Jeimond Mitchell |
| Vs. | State of Texas |

Companion Case: 

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 3:03:49 PM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Devin | ☒ Lead Attorney |
| Middle Name: Jeimond | First Name: Troy |
| Last Name: Mitchell | Middle Name: |
| Suffix: | Last Name: Hornsby |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed   ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained   ☐ Public Defender |
| | Firm Name: Miller, James, Miller & Hornsby, L.L.P. |
| | Address 1: 1725 Galleria Oaks Drive |
| | Address 2: |
| | City: Texarkana |
| | State: Texas   Zip+4: 75503 |
| | Telephone: 903.794.2711   ext. |
| | Fax: 903.792.1276 |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| First Name: State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Shawn |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Connally |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se: ○ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Harrison County District Attorney's Office |
| | Address 1: P. O. Box 776 |
| | Address 2: |
| | City: Marshall |
| | State: Texas    Zip+4: 75671 |
| | Telephone: 903.935.8408    ext. |
| | Fax: 903.938.9312 |
| | Email: |
| | SBN:    Add Another Appellee/ Attorney |

## V.  Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Robbery

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: November 4, 2015

Offense charged: (2) Aggravated Robbery

Date of offense: March 18, 2015

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes  ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: November 18, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 15 years each, concurrent

Is the appeal from a pre-trial order?  ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI.  Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII.  Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA    If yes, date filed:

Date of hearing:    ☐ NA

Date of order: November 12, 2015    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: November 12, 2015

## VIII. Trial Court And Record

Court: 71st District Court

County: Harrison

Trial Court Docket Number (Cause no): 15-0172X

Trial Court Judge (who tried or disposed of the case):

First Name: Brad

Middle Name:

Last Name: Morin

Suffix:

Address 1: 200 W. Houston Suite 219

Address 2:

City: Marshall

State: Texas       Zip + 4: 75670

Telephone: 903.935.8407       ext.

Fax: 903.935.9963

Email: lesliem@co.harrison.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Nov 19, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Nov 19, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name: Tanya

Middle Name:

Last Name: McFarland

Suffix:

Address 1: 200 W. Houston St., Suite 219

Address 2:

City: Marshall

State: Texas       Zip + 4: 75670

Telephone: 903.935.8407       ext. 1073

Fax:

Email: tan5070@aol.com

### 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                 Court:

Style:

       Vs.     State of Texas

### X. Signature

_____

Signature of counsel (or Pro Se Party)                    Date:   November 19, 2015

_____                     State Bar No: 00790919

Printed Name:

Electronic Signature: _____                    Name:   Troy Hornsby
    (Optional)

### XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  November 19, 2015  .

_____

Signature of counsel (or pro se party)          Electronic Signature: _____
                                                    (Optional)

State Bar No.:   00790919

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                (1) the date and manner of service;

                (2) the name and address of each person served, and

                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: November 19, 2015

Manner Served: Regular Mail

First Name: Shawn

Middle Name:

Last Name: Connally

Suffix:

Law Firm Name: Harrison County District Attorney's Office

Address 1: P. O. Box 776

Address 2:

City: Marshall

State Texas                Zip+4: 75671

Telephone: 903.935.8408        ext.

Fax: 903.938.9312

Email: